1
2
3

**Craig A. Roeb, Esq., Bar No. 131316**
**CHAPMAN GLUCKSMAN DEAN & ROEB**
A PROFESSIONAL CORPORATION
11900 WEST OLYMPIC BOULEVARD, SUITE 800
LOS ANGELES, CALIFORNIA 90064-0704
TEL:  (310) 207-7722 • FAX:  (310) 207-6550

4

Attorneys for Defendant TOWBIN DODGE, LLC

5
6
7
8
9

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| JUSTIN NEFF, individually and on behalf of all others similarly situated, | Case No.:  2:20-CV-00261-JAM-DMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| TOWBIN DODGE LLC, a Nevada company, | |
| Defendant. | |

19
20

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective

21 counsel of record herein, that Defendant TOWBIN DODGE LLC may have a thirty (30) day

22 extension to respond to Plaintiff JUSTIN NEFF's Complaint. Therefore, the last day for Defendant

23 to file and serve a responsive pleading is March 30, 2020.

24     Good cause exists for this extension as defense counsel has just been retained to represent

25 Defendant in this matter and requires time to become knowledgeable about the case to prepare a

26 responsive pleading.

27     This document is being electronically filed through the Court's ECF system. In this regard,

28 counsel for Defendant hereby attests that (1) the contents of this document is acceptable to all

3797.983                                                1

persons required to sign it; (2) Plaintiff's counsel agreed to the filing of this document; and (3) a record supporting Plaintiff's agreement is available for inspection or production if so ordered.

DATED:   February 24, 2020          **CHAPMAN, GLUCKSMAN, DEAN & ROEB**
                                    A Professional Corporation

By: */s/ Craig A. Roeb*
**CRAIG A. ROEB**
Attorneys for Defendant TOWBIN DODGE, LLC

DATED:   February 24, 2020          **LAW OFFICE OF AMANDA F. BENEDICT
                                    KAUFMAN P.A.**

By: */s/ Amanda Benedict*
**AMANDA BENEDICT
RACHEL E. KAUFMAN**
Attorneys for Plaintiff JUSTIN NEFF

## ORDER

GOOD CAUSE APPEARING AND PURSUANT TO THE PARTIES' STIPULATION, **IT IS SO ORDERED.** Defendant TOWBIN DODGE, LLC is ordered to file and serve a responsive pleading to Plaintiff's Complaint on or before March 30, 2020.

Dated:  2/25/2020                  /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

3797.983                                    2
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER

1

2

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

4

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11900 W. Olympic Boulevard, Suite 800, Los Angeles, California 90064.

February 25, 2020, I served the foregoing document described as **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; PROPOSED ORDER** on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

5

6

7

8

9

10

Rachel E. Kaufman, Esq.                     Counsel for Plaintiff and all others
KAUFMAN P.A.                                similarly situated
400 NW 26th Street
Miami, FL 33127
Tel: (305)469-5881
rachel@kaufmanpa.com

11

12

13

Amanda F. Benedict, Esq.                    Counsel for Plaintiff and all others
LAW OFFICE OF AMANDA F. BENEDICT            similarly situated
7710 Hazard Center Drive, Ste. E-104
San Diego, CA 92108
Tel: (760)822-1911; Fax: (760)452-7560
Email: amanda@amandabenedict.com

14

15

16

☒    **(ELECTRONIC MAIL)**
     I transmitted a true and correct copy of said document to the addressees on the service list via Electronic Mail.

17

18

19

☒    **(FEDERAL)**
     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

20

Executed on February 25, 2020, at Los Angeles, California.

21

22

_____
          A.  Salcedo

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER