**Gregory K. Sabo, Esq., Bar No. 169760**
**Chelsea L. Zwart, Esq., Bar No. 305951**
**CHAPMAN GLUCKSMAN DEAN & ROEB**
A PROFESSIONAL CORPORATION
11900 WEST OLYMPIC BOULEVARD, SUITE 800
LOS ANGELES, CALIFORNIA 90064-0704
TEL: (310) 207-7722 • FAX: (310) 207-6550

Attorneys for Defendant TOWBIN DODGE, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN NEFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOWBIN DODGE LLC, a Nevada company,<br><br>Defendant. | Case No.: 2:20-CV-00261-JAM-DMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record herein, that Defendant TOWBIN DODGE LLC may have an additional thirty (30) day extension to respond to Plaintiff JUSTIN NEFF's Complaint. As the parties previously stipulated and this Court Order an initial extension to March 30, 2020, with the instant extension, the last day for Defendant to file and serve a responsive pleading is April 29, 2020.

Good cause exists for this extension in light of the health and safety measures that have been put in place by the State of California, this Court, and defense counsel's office to slow the spread of the Coronavirus (COVID-19).

This document is being electronically filed through the Court's ECF system. In this regard,

3797.983                                        1
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER

counsel for Defendant hereby attests that (1) the contents of this document is acceptable to all persons required to sign it; (2) Plaintiff's counsel agreed to the filing of this document; and (3) a record supporting Plaintiff's agreement is available for inspection or production if so ordered.

DATED:   March 24, 2020                    **CHAPMAN, GLUCKSMAN, DEAN & ROEB**
                                            A Professional Corporation


                                            By: */s/ Chelsea K. Zwart*
                                            **GREGORY K. SABO**
                                            **CHELSEA L. ZWART**
                                            Attorneys for Defendant TOWBIN DODGE, LLC


DATED:   March 24, 2020                    **LAW OFFICE OF AMANDA F. BENEDICT**
                                            **KAUFMAN P.A.**


                                            By: */s/ Rachel E. Kaufman*
                                            **AMANDA BENEDICT**
                                            **RACHEL E. KAUFMAN**
                                            Attorneys for Plaintiff JUSTIN NEFF


**ORDER**

GOOD CAUSE APPEARING AND PURSUANT TO THE PARTIES' STIPULATION, **IT IS SO ORDERED.** Defendant TOWBIN DODGE, LLC is ordered to file and serve a responsive pleading to Plaintiff's Complaint on or before April 29, 2020.


Dated: 3/25/20                              /s/ John A. Mendez_____
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

3797.983                                    2
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER