1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| **JUSTIN NEFF,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**TOWBIN DODGE LLC,** a Nevada company,<br><br>*Defendant.* | Case No. 2:20-cv-00261-JAM-DMC<br><br>**ORDER GRANTING LEAVE TO AMEND CLASS ACTION COMPLAINT** |

19

20

        IT IS ORDERED that the parties' stipulation to amend the Class Action Complaint [ECF No. 13] is granted.

21

22

23

24

        IT IS FURTHER ORDERED that Plaintiff shall file the First Amended Class Action Complaint in the form submitted with the Stipulation and Defendant Towbin Dodge shall have thirty (30) days from the filing of the First Amended Class Action Complaint in which to respond.

25

26

27

28

-1-

Case No. 2:20-cv-00261-JAM-DMC, [Proposed] Order Granting Leave to Amend Complaint

1

**DONE AND ORDERED** this 29th day of June, 2020.

2

3                                          /s/ John A. Mendez_____
                                           HON. JOHN A. MENDEZ
4                                          UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -2-