# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUSTIN NEFF,

    Plaintiff(s),

v.

TOWBIN DODGE LLC, et al.,

    Defendant(s).

Case No. 2:20-cv-02128-JCM-NJK

**Order**

On December 16, 2020, this case was stayed pending a decision from the United States Supreme Court in *Facebook Inc. v. Duguid*. Docket No. 54. The Supreme Court issued that decision on April 1, 2021. *Facebook, Inc. v. Duguid*, 141 S.Ct. 1163 (U.S. Apr. 1, 2021). Accordingly, the parties are hereby **ORDERED** to file, by August 31, 2021, a joint status report and proposed schedule.

IT IS SO ORDERED.

Dated: August 19, 2021

                                    Nancy J. Koppe
                                    United States Magistrate Judge

1