# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN NEFF,<br><br>    Plaintiff,<br><br>v.<br><br>TOWBIN DODGE LLC and CDK GLOBAL, LLC,<br><br>    Defendants. | Case No.: 2:20-cv-02128-JCM-NJK<br><br>**Order**<br><br>[Docket No. 57] |

Pending before the Court is the parties' Joint Status Report.  Docket No. 57.  The Court **ORDERS** the parties to file a stipulation of dismissal no later than September 30, 2021.

IT IS SO ORDERED.

Dated: September 1, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1