JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 (fax)
jp@kemp-attorneys.com

Rachel E. Kaufman
Kaufman P.A.
rachel@kaufmanpa.com
400 NW 26th Street
Miami, FL 33127
Phone: (305) 469-5881

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **JUSTIN NEFF**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TOWBIN DODGE LLC,** a Nevada company and **CDK GLOBAL, LLC**, an Illinois company,<br><br>*Defendants* | Case No. 2:20-cv-02128-JCM-NJK<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Justin Neff hereby notifies the Court hereby gives notice of dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: September 30, 2021        Respectfully submitted,

By:   /s/ Rachel E. Kaufman
        Rachel Kaufman, Esq.
        Kaufman P.A.
        400 NW 26th Street
        Miami, FL 33127

1

James P. Kemp, Esq.
Kemp & Kemp
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130

*Attorneys for Plaintiff Justin Neff*